UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

D<small>ERRICK</small> L<small>EE</small> S<small>MITH</small>,

        Petitioner,               Case No. 1:21-cv-921

v.                                  Honorable Paul L. Maloney

J<small>AMES</small> S<small>CHIEBNER</small>,

        Respondent.
_____/

**JUDGMENT**

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to timely file an amended petition on the approved form.

Dated:  December 22, 2021               /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge